CCA # 13-15-00192-CR

OFFENSE: Indecency with a Child

STYLE: Kevin Ray Rangel v. The State of Texas

COUNTY: Hidalgo

TRIAL COURT: 389th District Court
TRIAL COURT #: CR-0448-13-H
TRIAL COURT JUDGE: Hon. Leticia Lopez
DISPOSITION: Dismir
DATE: 05-7-15
JUSTICE: Gregory T. Perkes     PC ___ S ____
PUBLISH: _____          DNP: x _____

_____ MOTION
FOR REHEARING IS: _____
DATE: May 7, 2015
JUDGE: Gregory T. Perkes

CLK RECORD: _____
RPT RECORD: _____
STATE BR: _____
APP BR: _____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

**No Record was filed**

## IN THE COURT OF CRIMINAL APPEALS

CCA # **754-15**

---------------------

___PRO SE___ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
___REFUSED___
DATE: 10/14/2015
JUDGE: _____

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____    PC: _____
PUBLISH: _____   DNP: _____

----------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____
JUDGE: _____